IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2603-PSF-CBS

EDWARD L. STRISHOCK,

    Plaintiff,

v.

SWIFT & CO.,

    Defendant.
_____

## ORDER ON NOTICE OF SETTLEMENT
_____

    This matter comes before the Court, *sua sponte*, having been notified that a settlement in this matter has been reached. The parties are directed to to submit settlement papers or a notice of dismissal on or before November 30, 2005.

    DATED: November 21, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa

                                          _____
                                          Phillip S. Figa
                                          United States District Judge