IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2603-PSF-CBS

EDWARD L. STRISHCOK,

    Plaintiff,

v.

SWIFT & CO.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 35), and the Court being fully advised, it is hereby

ORDERED that the motion is granted, and the case is DISMISSED with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED: November 30, 2005

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____

                                                    Phillip S. Figa
                                                    United States District Judge